# IN THE SUPREME COURT OF THE STATE OF NEVADA

CWNV1 LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
DOTAN Y. MELECH, RECEIVER FOR
CWNEVADA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 82395

FILED

JAN 2 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges the district court's authority to strike petitioner's peremptory challenge. Petitioner has filed a motion seeking writ relief on an emergency basis.

Having considered the petition and supporting documentation, we conclude that our extraordinary and discretionary intervention is not warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to

21-02733

entertain a writ petition); *State ex rel. Dep't Transp. v. Thompson*, 99 Nev. 358, 362 662 P.2d 1338, 1340 (1983). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Elizabeth Goff Gonzalez, District Judge
      Law Office of Mitchell Stipp
      Holley Driggs/Las Vegas
      Eighth District Court Clerk